No. 99–8433. BLITCHINGTON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 99–8435. ATRAQCHI v. MURPHY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–8437. VALDEZ ORTIZ v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8438. SELMAN v. SANDERS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 99–8440. STELL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8445. TRINIDAD v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 99–8450. WAGONER v. STUBBLEFIELD, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–8451. WRONKE v. STEIGMANN, JUSTICE, APPELLATE COURT OF ILLINOIS, FOURTH DISTRICT. Sup. Ct. Ill. Certiorari denied.

No. 99–8456. McGOVERN v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 99–8461. CURRY v. WALKER ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–8466. CHANDLER v. KENNEDY ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–8471. LARCH v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8479. ODEN v. PRUNTY, WARDEN. C. A. 9th Cir. Certiorari denied.